IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| WILMER FABRICIO GARCIA HERNANDEZ, § § § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-478-KC |
| § | |
| WARDEN, ERO EL PASO CAMP EAST MONTANA et al., § § § | |
| Respondents. § | |

**ORDER**

On this day, the Court considered the case. Beyli Anahi Melendez Mejia filed a Petition for Writ of Habeas Corpus, ECF No. 1, on behalf of her partner, Wilmer Fabricio Garcia Hernandez.

An "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242. But "[c]ourts do not automatically grant 'next friend' status under § 2242 to anyone that seeks to pursue an action on behalf of a petitioner." *Romanov ex rel. Romanova v. Frink*, No. 25-cv-3133, 2025 WL 2162290, at *2 (S.D. Tex. July 30, 2025) (citing *Whitmore v. Arkansas*, 495 U.S. 149, 163–64 (1990)). To proceed as "next friend" the individual must establish: (1) "an adequate explanation such as inaccessibility, mental incompetence, or other disability of why the real party in interest cannot appear on his own behalf" and (2) that the "next friend" is "truly dedicated to the best interests of the person" and has "some significant relationship with the real party in interest." *Page v. Hogans*, No. 15-cv-597, 2017 WL 11810133, at *1–2 (S.D. Miss. Sept. 5, 2017).

Here, Melendez Mejia likely meets the second element, as she has a significant relationship with Garcia Hernandez and seeks his release. But Melendez Mejia does not provide any reason why Garcia Hernandez cannot proceed on his own behalf and file the petition himself. *See generally* Pet. The Court receives many petitions filed by detainees at the same facility where Garcia Hernandez is incarcerated—therefore, the simple fact of his detention, without more, is insufficient to allow him to proceed through a next friend. The Court thus exercises its discretion to order a supplemental filing to determine whether Melendez Mejia may proceed as "next friend" on behalf of Garcia Hernandez. *See Lonchar v. Thomas*, 517 U.S. 314, 325 (1996) (quoting Habeas Rule 4 and citing Habeas Rule 7) (recognizing that district courts have "ample" discretion to "take such other action as the judge deems appropriate" and to "order expansion of the record").

Separately, the allegations in the Petition are insufficient. It appears that Garcia Hernandez entered the United States in 2014, when he was around eleven years old. Pet. 2. It is unclear whether he was detained by immigration authorities at that time. *See generally* Pet. But at some point, Garcia Hernandez's "asylum case . . . was dismissed without explanation." *Id.* at 4 ¶ 1. And he "is currently detained by immigration authorities without a final order of removal." *Id.* at 2. It is unclear when Garcia Hernandez was detained. *Id.* at 4 ¶ 3–9. In order to properly assess the merits of the Petition, more information is needed.

Accordingly, the Court **ORDERS** that, <u>**by no later than March 5, 2026**</u>, either:

(1) Melendez Mejia must **FILE** written notice detailing why Garcia Hernandez cannot proceed with this petition for a writ of habeas corpus on his own behalf, and clarify:

   a. Whether immigration authorities detained Garcia Hernandez upon initial entry into the country, and;

      b. The date Garcia Hernandez was taken into current custody, or

(2) Garcia Hernandez must **FILE** written notice expressing his intent to proceed with this petition pro se, and clarify:

      a. Whether immigration authorities detained Garcia Hernandez upon initial entry into the country, and;

      b. The date Garcia Hernandez was taken into current custody.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to both Melendez Mejia and Garcia Hernandez via certified mail at the following addresses:

Beyli Anahi Melendez Mejia
10903 N 28th St.
Tampa, FL 33612

Wilmer Fabricio Garcia Hernandez
A-206-767-019
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

**SO ORDERED**.

**SIGNED** this 19th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE