IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **WILMER FABRICIO GARCIA HERNANDEZ,** | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-478-KC |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA et al.,** | § § § § | |
| Respondents. | § | |

**ORDER**

On this day, the Court considered the case. Beyli Anahi Melendez Mejia filed a Petition for Writ of Habeas Corpus, ECF No. 1, on behalf of her partner, Wilmer Fabricio Garcia Hernandez. Because there was insufficient information to determine whether "next friend" filing should be granted, the Court ordered Melendez Mejia to explain why "next friend' was warranted, or for Garcia Hernandez to express his intent to proceed pro se, by March 5, 2026. Feb 19, 2026, Order, ECF No. 3. This deadline has now passed and neither Melendez Mejia nor Garcia Hernandez filed any response to the Court's Order.

Accordingly, the Court **ORDERS** Melendez Mejia and Garcia Hernandez to show cause for their failure to comply with this Court's Order, **by no later than March 20, 2026**.

**IT IS FURTHER ORDERED** that, **by no later than March 20, 2026**, either:

(1) Melendez Mejia **FILE** written notice detailing why Garcia Hernandez cannot proceed with this petition for a writ of habeas corpus on his own behalf, and clarify whether:

    a. An Immigration Judge has issued a final order of removal in Garcia Hernandez's case;

    b. And if so, whether Garcia Hernandez has appealed that order;

(2) Or Garcia Hernandez must **FILE** written notice expressing his intent to proceed with this petition pro se, and if so, clarify whether:

    a. An Immigration Judge has issued a final order of removal in his case;

    b. And if so, whether Janeiro Gonzales has appealed that order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order, and the Court's February 19 Order, ECF No. 3, to both Melendez Mejia and Garcia Hernandez via **both regular mail and certified mail** at the following addresses:

Beyli Anahi Melendez Mejia
10903 N 28th St.
Tampa, FL 33612

Wilmer Fabricio Garcia Hernandez
A-206-767-019
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

**Failure to comply with this Order may result in dismissal of the case for failure to prosecute.**

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE